IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 30, 2008

Charles R. Fulbruge III
Clerk

No. 08-40671

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

v.

COLIN JOHN NICKERSON,

Defendant–Appellant.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:08-CR-059(08)

Before KING, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:[*]

On July 2, 2008, Colin John Nickerson was detained by the district court pending his trial on an indictment for violation of 21 U.S.C. §§ 841(a)(1) & 846 and 18 U.S.C. § 2. Pursuant to 5TH CIR. R. 9, Nickerson petitions this court for release pending trial. His request is DENIED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.